IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Canfornav Inc, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | No. 3:25-cv-00594-E |
| | § | |
| Sadot Latam LLC, | § | |
| | § | |
| | § | |
| *Respondent*. | § | |

**FINAL JUDGMENT**

On this day the Court **GRANTED** Petitioner's Motion for Entry of Final Judgment Against Respondent and Confirming a Foreign Arbitration Award (ECF No. 11). It is therefore **ORDERED** that Canfornav Inc.'s Verified Petition to Confirm a Foreign Arbitration Award is **GRANTED** and the Foreign Arbitration Award is **CONFIRMED**. Respondent Sadat Latam LLC is ordered to pay the following amounts:

A.  Damages in the amount of the sum of US$56,293.89, and post award interest thereon in the amount of US$6,593.22, for a total of **US$62,887.11.**

B.  Costs incurred in the Arbitration the sum of US$5,520.47, and post award interest thereon in the amount of US$580.03, for a total of **US$6,100.50.**

C. Legal fees incurred in prosecuting the Arbitration in the amount of US$6,188.24 and post interest award thereon of US$648.56, for a total of **US$6,749.06.**

D. Post-judgment interest is payable on all of the above amounts at the rate of 5.5% per annum compounded at three monthly rests from the date of entry of the Final Judgment until the Final Judgment is paid.

All other pending motions are **TERMINATED** as moot.

 **SO ORDERED,** this 20th day of March, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE